# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| ) | CV 02-4845 RHK/AJB |
| ) | |
| James P. Stephenson, in his capacity as ) | |
| trustee for the estate of MJK Clearing, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| Deutsche Bank AG, Deutsche Bank ) | |
| Securities, Inc., Deutsche Bank Securities ) | |
| Limited, Wayne Breedon, RBF ) | |
| International, Inc., Kenneth D'Angelo, ) | |
| Richard Evangelista, GenesisIntermedia, ) | |
| Inc., Ramy El-Batrawi, Ultimate Holdings, ) | |
| Ltd., Adnan Khashoggi, Bradford Keiller, ) | |
| and John Does 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter came before the Court on the motion of Plaintiff James P. Stephenson, in his capacity as trustee ("Trustee") for the estate of MJK Clearing, Inc. ("MJK"), to Expand Word Count Limits without request for oral argument.

IT IS HEREBY ORDERED that the Trustee's motion is granted in its entirety. The Trustee may expand the word count limitation as follows:

1.       The Trustee may file a memorandum in response to the Deutsche Bank Defendants' Motion for Summary Judgment On Plaintiffs' Punitive Damages And New Jersey RICO Claims not to exceed 14,000 words.

2. The Trustee may file a memorandum in response to Defendant Wayne

Breedon's Omnibus Motion For Partial Summary Judgment not to exceed 14,000 words.

IT IS SO ORDERED

Dated June  29 , 2005                     s/Richard H. Kyle
                                          The Honorable Richard H. Kyle
                                          United States District Judge