**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Ferris, Baker Watts, Inc.,

                        Plaintiff,

                                                    Civil No. 02-3682 (RHK/AJB)

v.                                                     **ORDER**

Deutsche Bank Securities Ltd., et al.,

                        Defendants.

---

E*TRADE Securities, Inc.,

                        Plaintiff,

                                                    Civil No. 02-3711 (RHK/AJB)
                                                    **ORDER**

v.

Deutsche Bank AG, et al.,

                        Defendants.

---

James P. Stephenson,

                        Plaintiff,

                                                    Civil No. 02-4845 (RHK/AJB)
                                                    **ORDER**

v.

Deutsche Bank AG, et al.,

                        Defendants.

In Re Genesis Intermedia, et al.,            Civil No. 03-3471 (RHK/AJB)
                                                                       **ORDER**

Wedbush Morgan Securities, Inc.

                                    Plaintiff,

                                                                       Civil No. 03-5198 (RHK/AJB)
                                                                       **ORDER**

v.

Deutsche Bank AG, et al.,

                                   Defendants.

E*TRADE Securities, Inc.,

                                    Plaintiff,

                                                                       Civil No. 03-5311 (RHK/AJB)
                                                                       **ORDER**

v.

Nomura Canada, Inc., et al.,

                                   Defendants.

CIBC World Markets, Inc.,

                        Plaintiff,

                                                                          Civil No. 04-1469 (RHK/AJB)
                                                                          **ORDER**

v.

Deutsche Bank Securities, Inc., et al.,

                        Defendants.

Stockwalk Group, Inc., et al.,

                        Plaintiff,

                                                                           Civil No. 04-4164 (RHK/AJB)
                                                                          **ORDER**

v.

Deutsche Bank AG, et al.,

                        Defendants.

      Each party that has submitted memoranda in support of or in opposition to a motion for summary judgment in the above cases is directed to submit to the Court a synopsis of each memorandum it has filed (the "Synopsis"). The Synopsis shall be a concise—no more than five pages in length—narrative summary of the positions the party takes in the corresponding memorandum.[1]  To be clear, every memorandum submitted regarding the

---

[1] This will not serve as a substitute for the parties' memoranda. The Court will refer to all of the memoranda submitted in support of or in opposition to summary judgment for the complete arguments of the parties.

summary judgment motions (whether a supporting, responsive, or reply memorandum) shall have a corresponding Synopsis.[2]  The Synopses shall be submitted to the Court by July 22, 2005.


Dated: July  13 , 2005                                         s/Richard H. Kyle
                                                               RICHARD H. KYLE
                                                               United States District Judge

---

[2]The Synopsis should be prepared as if there was in fact a five page limitation with respect to the memoranda filed with the Court—in effect, the parties are directed to make their arguments in five pages or less.